```
            IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT BLUEFIELD
```

JAMES E. GRAHAM II; DENNIS ADKINS;
ROGER WRISTON; and DAVID B. POLK;
on behalf of themselves and
others similarly situated; and
UNITED MINE WORKERS OF AMERICA
INTERNATIONAL UNION,

    Plaintiffs,

v.                              CIVIL ACTION NO. 1:19-00597

JUSTICE ENERGY CO. INC.;
KEYSTONE SERVICE INDUSTRIES, INC.;
BLUESTONE COAL CORPORATION;
DOUBLE-BONUS COAL CO.; and
SOUTHERN COAL CORPORATION,

    Defendants.

## MEMORANDUM OPINION AND ORDER

Pending before the court is defendants' Motion for Extension of Time to File a Reply to Plantiffs' Response Opposing Defendants' Motion to Dismiss.  ECF No. 9.  Defendants argue that an extension is necessary because of other professional obligations of defense counsel, and add that plaintiffs do not oppose the motion.  Defendants seek an extension to December 4, 2019 to file the Reply.

For good cause shown, defendants' motion to continue is **GRANTED,** and the deadline for defendants to file and serve a reply to "Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss," ECF No. 7, is **EXTENDED** to December 4, 2019.

The Clerk is directed to send a copy of this Order to counsel of record.

**IT IS SO ORDERED** this 21st day of November, 2019.

    ENTER:

    *David A. Faber*
    David A. Faber
    Senior United States District Judge