```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT BLUEFIELD
```

JAMES E. GRAHAM II, et al.,

    Plaintiffs,

v.                        CIVIL ACTION NO. 1:19-00597

JUSTICE ENERGY CO., INC.,
et al.,

    Defendants.

## O R D E R

Pending before the court is plaintiffs' motion for preliminary injunction. (ECF No. 12)  The court **SCHEDULES** a hearing on that motion for January 22, 2020, at 10:00 a.m., in Bluefield.

The Clerk is directed to send a copy of this Order to counsel of record.

IT IS SO ORDERED this 6th day of January, 2020.

                ENTER:

                *David A. Faber* (signature)
                David A. Faber
                Senior United States District Judge