IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

JAMES E. GRAHAM II, DENNIS ADKINS,
ROGER WRISTON, and DAVID B. POLK, on
Behalf of themselves and others
Similarly situated, and
UNITED MINE WORKERS OF AMERICA,
INTERNATIONAL UNION,

    Plaintiffs,

v.     CIVIL ACTION NO. 1:19-00597

JUSTICE ENERGY CO. INC.,
KEYSTONE SERVICE INDUSTRIES, INC.,
BLUESTONE COAL CORPORATION,
DOUBLE-BONUS COAL CO., and
SOUTHERN COAL CORPORATION,

    Defendant.

## MEMORANDUM OPINION AND ORDER

Pending before the court is plaintiffs' motion for preliminary injunction. ECF No. 12. As noted in the court's Consent Order filed this same day, the parties have reached an agreement to resolve the motion for preliminary injunction. ECF No. 22. Therefore, plaintiffs' motion for preliminary injunction is **DENIED AS MOOT**.

The Clerk is directed to send copies of this Memorandum Opinion and Order to all counsel of record.

IT IS SO ORDERED this 21st day of January, 2020.

    Enter:

    */s/ David A. Faber*
    David A. Faber
    Senior United States District Judge