IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

**JAMES E. GRAHAM II; DENNIS ADKINS;
ROGER WRISTON; and DAVID B. POLK;
on behalf of themselves and
others similarly situated; and
UNITED MINE WORKERS OF AMERICA
INTERNATIONAL UNION,**

      **Plaintiffs,**

v.                                                                      CIVIL ACTION NO. 1:19-cv-00597

**JUSTICE ENERGY CO. INC.;
KEYSTONE SERVICE INDUSTRIES, INC.;
BLUESTONE COAL CORPORATION;
DOUBLE-BONUS COAL CO.; and
SOUTHERN COAL CORPORATION,**

      **Defendants.**

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Defendants, Justice Energy Co., Inc., Keystone Service Industries, Inc., Bluestone Coal Corporation, Double-Bonus Coal Co., and Southern Coal Corporation, pursuant to Local Rule 83.4, hereby advise the Court and counsel that Christopher D. Pence, James P. McHugh, and the law firm of Hardy Pence, PLLC will withdraw as counsel and Bluestone Industries, Inc.'s in-house attorney, Chris Schroeck, will be substituted as counsel in this matter.  His contact information is as follows:

Chris Schroeck (WVSB 13686)
Bluestone Resources, Inc.
302 S. Jefferson St.
Roanoke, VA 24011
Telephone:  540-492-4080, x211
Cellular:  540-986-5354
chris.schroeck@bluestone-coal.com

As required by Local Rule 83.4, the undersigned counsel further certifies as follows:

1. The withdrawal and substitution will not delay the trial or other progress of the case; and

2. The notice is filed and served at least 90 days before trial.

> BLUESTONE INDUSTRIES, INC., JILLEAN L. JUSTICE, JAMES C. JUSTICE, III, and JAMES T. MILLER,
>
> By Counsel:
>
> */s/ Christopher D. Pence*
> Christopher D. Pence (WVSB No. 9095)
> Hardy Pence PLLC
> 10 Hale Street, 4th Floor (25301)
> P.O. Box 2548
> Charleston, WV 25329
> Phone: (304) 345-7250
> Fax: (304) 553-7227

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER T. COOK,** | ) | Civil Action No.  5:19-cv-00163 |
| Individually and on behalf of all others | ) | |
| similarly situated, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | JURY DEMAND |
| | ) | |
| | ) | |
| **BLUESTONE INDUSTRIES, INC.,** | ) | |
| **JILLEAN L. JUSTICE,** | ) | |
| **JAMES C. JUSTICE, III, and** | ) | |
| **JAMES T. MILLER** | ) | |

**CERTIFICATE OF SERVICE**

I, Christopher D. Pence, hereby certify that on March 26, 2020, the foregoing ***Notice of Withdrawal and Substitution of Counsel*** was electronically filed with the Clerk of Court through the CM/ECF system which will send electronic notice of filing to the counsel listed below:

> Charles F. Donnelly, Esq. (WVSB No.1039)
> General Counsel
> United Mine Workers of America
> 1300 Kanawha Blvd., East
> Charleston, WV  25301
>
> Kevin F. Fagan, Esq. (WVSB No. 5216)
> Timothy J. Baker, Esq. *Pro Hac Vice*
> United Mine Workers of America
> 18354 Quantico Gateway Drive, Suite 200
> Triangle, VA  22172
>  *Counsel for Plaintiffs*

/s/ Christopher D. Pence