IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

JAMES E. GRAHAM II; DENNIS ADKINS;
ROGER WRISTON; and DAVID B. POLK;
on behalf of themselves and
others similarly situated; and
UNITED MINE WORKERS OF AMERICA
INTERNATIONAL UNION,

    Plaintiffs,

v.                                                CIVIL ACTION NO. 1:19-cv-00597

JUSTICE ENERGY CO. INC.;
KEYSTONE SERVICE INDUSTRIES, INC.;
BLUESTONE COAL CORPORATION;
DOUBLE-BONUS COAL CO.; and
SOUTHERN COAL CORPORATION,

## NOTICE OF APPEARANCE

      Please take notice of the appearance of Chris Schroeck, in-house counsel for Bluestone Coal Corporation, representing the Defendants in this matter. From this day forward all pleadings, notices, and papers required to be served upon the Defendants in connection with this matter should be directed to such counsel as follows:

                Chris Schroeck (WVSB 13686)
                Bluestone Resources, Inc.
                302 S. Jefferson St.
                Roanoke, VA 24011
                Telephone: 540-492-4080, x211
                Cellular: 540-986-5354
                chris.schroeck@bluestone-coal.com

                JUSTICE ENERGY CO., INC., KEYSTONE SERVICE INDUSTRIES, INC., BLUESTONE COAL CORPORATION, DOUBLE-BONUS COAL CO., and SOUTHERN COAL CORPORATION

                By Counsel:

/s/ *Chris Schroeck*

Chris Schroeck (WVSB No. 13686)
Bluestone Resources, Inc.
302 S. Jefferson St.
Roanoke, VA 24011
Telephone:  540-492-4080, x211
Cellular:  540-986-5354
chris.schroeck@bluestone-coal.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

**JAMES E. GRAHAM II; DENNIS ADKINS;
ROGER WRISTON; and DAVID B. POLK;
on behalf of themselves and
others similarly situated; and
UNITED MINE WORKERS OF AMERICA
INTERNATIONAL UNION,**

  Plaintiffs,

v.             **CIVIL ACTION NO. 1:19-cv-00597**

**JUSTICE ENERGY CO. INC.;
KEYSTONE SERVICE INDUSTRIES, INC.;
BLUESTONE COAL CORPORATION;
DOUBLE-BONUS COAL CO.; and
SOUTHERN COAL CORPORATION,**

## <u>CERTIFICATE OF SERVICE</u>

  I, Chris Schroeck, hereby certify that on the 26th day of March, 2020, the foregoing ***"Notice of Appearance"*** was electronically filed with the Clerk of the Court through the CM/ECF System which will send electronic notification of such filing to counsel listed below:

    Charles F. Donnelly, Esq. (WVSB No.1039)
    General Counsel
    United Mine Workers of America
    1300 Kanawha Blvd., East
    Charleston, WV  25301

    Kevin F. Fagan, Esq. (WVSB No. 5216)
    Timothy J. Baker, Esq. *Pro Hac Vice*
    United Mine Workers of America
    18354 Quantico Gateway Drive, Suite 200
    Triangle, VA  22172
     *Counsel for Plaintiffs*

    Christopher D. Pence
    Hardy Pence PLLC
    P.O. Box 2548
    Charleston, WV 25329

Phone:  (304) 345-7250
Fax:  (304) 553-7227

                                                 s/ *Chris Schroeck*
                                                 Chris Schroeck (WVSB No. 13686)
                                                 Bluestone Resources, Inc.
                                                 302 S. Jefferson St.
                                                 Roanoke, VA 24011
                                                 Telephone:  540-492-4080, x211
                                                 Cellular:  540-986-5354
                                                 chris.schroeck@bluestone-coal.com