IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

JAMES E. GRAHAM II; DENNIS ADKINS;
ROGER WRISTON; and DAVID B. POLK;
on behalf of themselves and
others similarly situated; and
UNITED MINE WORKERS OF AMERICA
INTERNATIONAL UNION,

     Plaintiffs,

v.                                CIVIL ACTION NO. 1:19-00597

JUSTICE ENERGY CO. INC.;
KEYSTONE SERVICE INDUSTRIES, INC.;
BLUESTONE COAL CORPORATION;
DOUBLE-BONUS COAL CO.; and
SOUTHERN COAL CORPORATION,

     Defendants.

## MEMORANDUM OPINION AND ORDER

Pending before the court is the parties' Joint Motion for Extension of Time to File Report of the Parties Required by the January 21, 2020 Consent Order.  (ECF No. 26.)  The parties state that they need additional time to determine whether the remaining claims can be informally resolved, and also assert that an extension of time until April 20, 2020 will permit the parties to submit a more accurate and complete status report to the court.  (Id.)

For good cause shown, the parties' joint motion for an extension of time to file a status report is **GRANTED**.  The deadline is extended to April 20, 2020.

The Clerk is directed to send a copy of this Order to counsel of record.

**IT IS SO ORDERED** this 15th day of April, 2020.

ENTER:

David A. Faber
Senior United States District Judge