IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

JAMES E. GRAHAM II; DENNIS ADKINS;
ROGER WRISTON; and DAVID B. POLK;
on behalf of themselves and
others similarly situated; and
UNITED MINE WORKERS OF AMERICA
INTERNATIONAL UNION,

    Plaintiffs,

v.                                  CIVIL ACTION NO. 1:19-cv-00597

JUSTICE ENERGY CO. INC.;
KEYSTONE SERVICE INDUSTRIES, INC.;
BLUESTONE COAL CORPORATION;
DOUBLE-BONUS COAL CO.; and
SOUTHERN COAL CORPORATION,

    Defendants.

## JOINT STATUS REPORT

On April 20, 2020, the parties in the above-captioned case filed a "Joint Status Report Required by the January 21, 2020 Consent Order." In that Report, the parties represented to the Court that a large number of claims for unpaid medical bills had been informally resolved by the parties and that only a small number of claims (fewer than twenty (20)) were still outstanding. The parties further stated that they believed these remaining claims could be resolved by the same process. The parties agreed to provide the Court with another status report by May 22, 2020.

Without waiving any claims or defenses, the parties believe that most, if not all, of the outstanding claims for unpaid medical bills referred to in the April 20, 2020 Joint Status Report have now been paid or are in the process of being paid.

However, the parties request additional time to ensure that all claims for unpaid medical bills have been totally resolved. The parties agree that counsel for the Plaintiffs will contact all

Plaintiffs in this matter by mail and ask them to confirm or dispute whether their claims have been paid. Once Plaintiffs' counsel receives responses regarding all outstanding claims, but no later than June 19, 2020, the parties will submit another status report. This date will give sufficient time for Plaintiff's counsel to issue a letter, field telephone calls, and collect responses before submitting the next status report.

Dated: May 22, 2020                                Respectfully Submitted,

                                              */s/ Kevin F. Fagan*
Kevin F. Fagan, Esquire - WVSB No. 5216
United Mine Workers of America
18354 Quantico Gateway Drive, Suite 200
Triangle, Virginia 22172
(703) 291-2425
(703) 291-2448 (fax)
kfagan@umwa.org

*Timothy J. Baker – Pro Hac Vice*
United Mine Workers of America
18354 Quantico Gateway Drive
Triangle, VA 22172
(703) 291-2418
(703) 291-2448 (fax)
tjbaker@umwa.org

*Counsel for Plaintiffs*

*/s/ Chris Schroeck*
Chris Schroeck, Esq. (WV Bar #13686)
302 S. Jefferson Street
Roanoke, VA 24011
Phone: (540) 492-4080, x211
Cellular: (540) 986-5354
Fax: (540) 301-1370
chris.schroeck@bluestone-coal.com

*Counsel for Defendants*