IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

**JAMES E. GRAHAM II; DENNIS ADKINS;**
**ROGER WRISTON; and DAVID B. POLK;**
**on behalf of themselves and**
**others similarly situated; and**
**UNITED MINE WORKERS OF AMERICA**
**INTERNATIONAL UNION,**

    Plaintiffs,

v.                                             CIVIL ACTION NO. 1:19-cv-00597

**JUSTICE ENERGY CO. INC.;**
**KEYSTONE SERVICE INDUSTRIES, INC.;**
**BLUESTONE COAL CORPORATION;**
**DOUBLE-BONUS COAL CO.; and**
**SOUTHERN COAL CORPORATION,**

    Defendants.

## JOINT STATUS REPORT

On May 22, 2020, the parties in the above-captioned case filed a "Joint Status Report." In that Report, the parties represented to the Court that most, if not all, claims for unpaid medical bills had been informally resolved. The parties asked for additional time to allow counsel for the Plaintiffs to contact all of the Plaintiffs in this matter by mail regarding the status of their claims. The parties agreed to provide the Court with another status report by June 19, 2020.

Without waiving any claims or defenses, the parties believe that this informal process continues to bear fruit and the parties have continued to make progress in resolving claims.

Plaintiff's counsel received several response to the mail inquiry that was issued following the May 22, 2020 Status Report. The parties respectfully request additional time up to and including July 24, 2020 to review and address the claims discussed in those responses. The parties will submit another status report no later than July 24, 2020

Dated: June 18, 2020 Respectfully Submitted,

*/s/ Kevin F. Fagan*
Kevin F. Fagan, Esquire - WVSB No. 5216
United Mine Workers of America
18354 Quantico Gateway Drive, Suite 200
Triangle, Virginia 22172
(703) 291-2425
(703) 291-2448 (fax)
kfagan@umwa.org

*Timothy J. Baker – Pro Hac Vice*
United Mine Workers of America
18354 Quantico Gateway Drive
Triangle, VA 22172
(703) 291-2418
(703) 291-2448 (fax)
tjbaker@umwa.org

*Counsel for Plaintiffs*

*/s/ Chris Schroeck*
Chris Schroeck, Esq. (WV Bar #13686)
302 S. Jefferson Street
Roanoke, VA 24011
Phone:  (540) 492-4080, x211
Cellular:  (540) 986-5354
Fax:  (540) 301-1370
chris.schroeck@bluestone-coal.com

*Counsel for Defendants*