IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

**JAMES E. GRAHAM II; DENNIS ADKINS;**
**ROGER WRISTON; and DAVID B. POLK;**
**on behalf of themselves and**
**others similarly situated; and**
**UNITED MINE WORKERS OF AMERICA**
**INTERNATIONAL UNION,**

    Plaintiffs,

v.   CIVIL ACTION NO. 1:19-cv-00597

**JUSTICE ENERGY CO. INC.;**
**KEYSTONE SERVICE INDUSTRIES, INC.;**
**BLUESTONE COAL CORPORATION;**
**DOUBLE-BONUS COAL CO.; and**
**SOUTHERN COAL CORPORATION,**

    Defendants.

## JOINT STATUS REPORT

On July 24, 2020, the parties in the above-captioned case filed a "Joint Status Report." In that Report, the parties represented to the Court that most, if not all, claims for unpaid medical bills had been informally resolved. The parties asked for additional time to allow counsel for the Defendants to assess a small number of remaining claims and to take action to resolve them. The parties agreed to provide the Court with another status report by August 28, 2020.

Without waiving any claims or defenses, the parties believe that this informal process continues to bear fruit and the parties have continued to make progress in resolving claims.

Defendants have assessed the claims forwarded by Plaintiffs and the parties believe that the few remaining claims have either been resolved or are in the process of being resolved. The parties request additional time to allow counsel for the Plaintiffs to contact all Plaintiffs in this matter by mail and ask them to confirm or dispute whether their claims have been paid. Once

Plaintiffs' counsel receives responses regarding all outstanding claims, but no later than October 2, 2020, the parties will submit another status report. This date will give sufficient time for Plaintiff's counsel to issue a letter, field telephone calls, and collect responses before submitting the next status report.

Dated: August 27, 2020                                  Respectfully Submitted,

                                                */s/ Kevin F. Fagan*
Kevin F. Fagan, Esquire - WVSB No. 5216
United Mine Workers of America
18354 Quantico Gateway Drive, Suite 200
Triangle, Virginia 22172
(703) 291-2425
(703) 291-2448 (fax)
kfagan@umwa.org

*Timothy J. Baker – Pro Hac Vice*
United Mine Workers of America
18354 Quantico Gateway Drive
Triangle, VA 22172
(703) 291-2418
(703) 291-2448 (fax)
tjbaker@umwa.org

*Counsel for Plaintiffs*

*/s/ Chris Schroeck*
Chris Schroeck, Esq. (WV Bar #13686)
302 S. Jefferson Street
Roanoke, VA 24011
Phone:  (540) 492-4080, x211
Cellular:  (540) 986-5354
Fax:  (540) 301-1370
chris.schroeck@bluestone-coal.com

*Counsel for Defendants*