```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                          AT BLUEFIELD
```

JAMES E. GRAHAM II; DENNIS ADKINS;
ROGER WRISTON; and DAVID B. POLK;
on behalf of themselves and
others similarly situated; and
UNITED MINE WORKERS OF AMERICA
INTERNATIONAL UNION,

    Plaintiffs,

v.                                     CIVIL ACTION NO. 1:19-00597

JUSTICE ENERGY CO. INC.;
KEYSTONE SERVICE INDUSTRIES, INC.;
BLUESTONE COAL CORPORATION;
DOUBLE-BONUS COAL CO.; and
SOUTHERN COAL CORPORATION,

    Defendants.

## ORDER

    With the court's approval, the parties have been attempting to resolve this matter for more than six months.  The motion to dismiss filed by defendants (ECF No. 4) is **DENIED** without prejudice.  Defendants may refile this motion if all matters in controversy are not resolved.

    The Clerk is directed to send a copy of this Order to counsel of record.

    **IT IS SO ORDERED** this 29th day of September, 2020.

                  ENTER:

                  *David A. Faber*
                  David A. Faber
                  Senior United States District Judge