IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

JAMES E. GRAHAM II; DENNIS ADKINS;
ROGER WRISTON; and DAVID B. POLK;
on behalf of themselves and
others similarly situated; and
UNITED MINE WORKERS OF AMERICA
INTERNATIONAL UNION,

    Plaintiffs,

v.    CIVIL ACTION NO. 1:19-00597

JUSTICE ENERGY CO. INC.;
KEYSTONE SERVICE INDUSTRIES, INC.;
BLUESTONE COAL CORPORATION;
DOUBLE-BONUS COAL CO.; and
SOUTHERN COAL CORPORATION,

    Defendants.

## ORDER

Pending before the court is plaintiffs' motion for contempt. See ECF No. 60. The court hereby **SCHEDULES** a hearing on that motion for December 5, 2022, at 11:00 a.m., in Bluefield. For good cause shown, plaintiffs' motion for leave to publicly file redacted copies (ECF No. 62) is **GRANTED**.

The Clerk is directed to send a copy of this Order to counsel of record.

**IT IS SO ORDERED** this 3rd day of November, 2022.

ENTER:

David A. Faber
Senior United States District Judge