```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT BLUEFIELD
```

JAMES E. GRAHAM II; DENNIS ADKINS;
ROGER WRISTON; and DAVID B. POLK;
on behalf of themselves and
others similarly situated; and
UNITED MINE WORKERS OF AMERICA
INTERNATIONAL UNION,

    Plaintiffs,

v.                                    CIVIL ACTION NO. 1:19-00597

JUSTICE ENERGY CO. INC.;
KEYSTONE SERVICE INDUSTRIES, INC.;
BLUESTONE COAL CORPORATION;
DOUBLE-BONUS COAL CO.; and
SOUTHERN COAL CORPORATION,

    Defendants.

## ORDER

By Order entered on January 31, 2023, at the request of the parties, the court ordered this matter stayed for a period of six months. See ECF No. 75. At the end of that six-month stay, the parties were directed to file a status report with the court indicating how they wished to proceed. See id.

On July 31, 2023, plaintiffs filed a status report. See ECF No. 78. According to plaintiffs, defendants failed to respond to their efforts to file a Joint Status Report. See id. Plaintiffs ask the court to continue the stay for an additional six months. See id.

For the reasons outlined in Plaintiffs' Status Report, the court finds good cause exist to stay this matter for an

additional six months.  Therefore, the court **ORDERS** this matter stayed until January 31, 2024.  On or before that date, counsel should file a joint status report with the court indicating how they wish to proceed.

The Clerk is directed to send a copy of this Order to counsel of record.

**IT IS SO ORDERED** this 13th day of September, 2023.

ENTER:

*David A. Faber* (signature)

David A. Faber
Senior United States District Judge