IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

JAMES E. GRAHAM II; DENNIS ADKINS;
ROGER WRISTON; and DAVID B. POLK;
on behalf of themselves and others similarly
situated; and UNITED MINE WORKERS OF
AMERICA INTERNATIONAL UNION,

Plaintiffs,

v.                                                    CIVIL ACTION NO. 1:19-cv-00597

JUSTICE ENERGY CO. INC.;
KEYSTONE SERVICE INDUSTRIES, INC.;
BLUESTONE COAL CORPORATION;
DOUBLE-BONUS COAL CO.; and
SOUTHERN COAL CORPORATION,

Defendants.

## PLAINTIFFS' STATUS REPORT

On May 17, 2024, Plaintiffs herein ("UMWA") filed a Status Report with this Court requesting that its Motion for Contempt continue to be held in abeyance through Friday, August 30, 2024, while the UMWA and Defendants herein ("Bluestone Coal") worked to resolve remaining unpaid bills incurred by retirees after Bluestone Coal placed its health plan and prescription drug coverage under the management of a new administrator. At that time, financial corrections had been made to some, but not all, of retirees' accounts. By Order dated June 6, 2024 (Doc. No. 81) this Court directed that the case remain stayed through August 30, 2024.

Presently, the parties have addressed the unpaid bills, and retirees have had relevant outstanding claims paid or have received reimbursement. Accordingly, the issues that gave rise to the Motion for Contempt no longer present themselves, and the UMWA does not seek to extend the Court's stay of this action further.

Respectfully Submitted,

/s/ Kevin F. Fagan

Kevin F. Fagan, Esquire - WVSB No. 5216
United Mine Workers of America
18354 Quantico Gateway Dr., Suite 200
Triangle, Virginia 22172
(703) 291-2425
(703) 291-2448 (fax)
email: kfagan@umwa.org

CERTIFICATE OF SERVICE

I hereby certify that on this **29th day of August, 2024**, I electronically filed the foregoing **PLAINTIFFS' STATUS REPORT AND VOLUNTARY MOTION TO DISMISS PURSUANT TO FRCP RULE 41(a) and LR 41.1** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to CM/ECF participants and to counsel of record, and that I have served it upon:

> Stephen W. Ball, General Counsel
> Bluestone Resources, Inc.
> 560 Main St. W.
> White Sulphur Springs, WV 24986
> steve.ball@bluestone-coal.com

> _____/s/ Kevin F. Fagan_____
> Kevin F. Fagan, Esquire - WVSB No. 5216
> United Mine Workers of America
> 18354 Quantico Gateway Drive, Suite 200
> Triangle, Virginia 22172
> (703) 291-2425
> (703) 291-2448 (fax)
> Email:  kfagan@umwa.org

3