IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

JAMES E. GRAHAM II; DENNIS ADKINS;
ROGER WRISTON; and DAVID B. POLK;
on behalf of themselves and
others similarly situated; and
UNITED MINE WORKERS OF AMERICA
INTERNATIONAL UNION,

     Plaintiffs,

v.                                         CIVIL ACTION NO. 1:19-00597

JUSTICE ENERGY CO. INC.;
KEYSTONE SERVICE INDUSTRIES, INC.;
BLUESTONE COAL CORPORATION;
DOUBLE-BONUS COAL CO.; and
SOUTHERN COAL CORPORATION,

     Defendants.

## ORDER

On August 29, 2024, plaintiffs filed a status report in this matter indicating that a further stay of this matter was unnecessary. See ECF No. 82. Therefore, the court **ORDERS** the stay of this matter **LIFTED**. The Status Report further advises that the issues that gave rise to plaintiffs' Motion for Contempt have been resolved. Accordingly, the Motion for Contempt is **DENIED**.

The Clerk is directed to send a copy of this Order to counsel of record.

**IT IS SO ORDERED** this 9th day of October, 2024.

ENTER:

David A. Faber
Senior United States District Judge